United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHANIE B. PURVIS, | No. C 11-06352 RS |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| EXPERIAN INFORMATION SOLUTION, INC., EQUIFAX INFORMATION SERVICES LLC, and TRANS UNION LLC, | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on April 19, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION. This matter is referred to mediation to be completed within 120 days of the issuance of this order. The parties shall promptly notify the Court whether the case is resolved at the conference.

2. DISCOVERY. On or before January 18, 2013, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) fifty (50) requests for production of documents or for inspection per party; and (d) forty (40) requests for admission per party.

3. EXPERT WITNESSES. The disclosure and discovery of expert witness opinions shall proceed as follows:

A. On or before February 8, 2013, the parties shall disclose expert testimony reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

B. On or before March 1, 2013, the parties shall disclose all rebuttal expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

C. On or before March 22, 2013, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4. ENTRY OF PROTECTIVE ORDER. Within thirty days of the issuance of this order, the parties are to propose a joint protective order. If the parties cannot agree on the terms of an order, each party is to submit its own proposal for consideration by the Court.

5. AMENDMENT OF PLEADINGS. On or before August 24, 2012 all amendments to the pleadings shall be completed.

6. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **January 31, 2013 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

6. PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than April 18, 2013.

7. PRETRIAL STATEMENTS. At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before June 13, 2013, counsel shall file a Joint Pretrial Statement.

8. PRETRIAL CONFERENCE. The final pretrial conference will be held on **June 27, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

9. **TRIAL DATE.** Trial shall commence on **July 22, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:  4/19/12

_____
RICHARD SEEBORG
United States District Judge