IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHANIE B. PURVIS,<br><br>        Plaintiff,<br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>        Defendants.<br>_____/ | No. C 11-6352 RS<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

     Pursuant to Northern District Local Rule 72-1, the Court HEREBY REFERS defendants' motion for a protective order (Dkt. No. 35) and any further discovery disputes in this matter to a randomly assigned Magistrate Judge for resolution. Unless directed otherwise by the Magistrate Judge, plaintiffs shall re-notice the motion for hearing before the Magistrate Judge pursuant to the local rules and any standing orders or procedures of the Magistrate Judge upon assignment.

IT IS SO ORDERED.

Dated: 5/18/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE