IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE B. PURVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLULTIONS,LLC, et al.,<br><br>    Defendants. | Case No. CV-11-06352 RS (JSC)<br><br>**ORDER DIRECTING PARTIES TO MEET AND CONFER REGARDING A PROTECTIVE ORDER (DKT. NO. 35)** |

Now pending before the Court is Defendants' Motion for a Protective Order. (Dkt. No. 35.) The parties are ordered to meet and confer *by telephone* on the form of a protective order on or before Thursday, May 23, 2012. Email correspondence is not sufficient. If a party wishes to modify the form order, it must explain during the meet and confer the reasons for the proposed modification. If following this meet and confer process the parties reach agreement, a stipulated protective order shall be submitted to this Court on or before May 29, 2012. If no agreement is reached, then by the same date, that is May 29, 2012, the parties shall file a joint discovery letter in accordance with this Court's civil standing order. The Court will hold oral argument, if necessary, at 9:30 a.m. on May 31, 2012.

**IT IS SO ORDERED.**

Dated: May 21, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE