IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE B. PURVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>TRANS UNION, LLC, et al.,<br><br>        Defendants. | Case No. CV 11-6352-RS (JSC)<br><br>ORDER REGARDING PROTECTIVE ORDER DISPUTE (Dkt. Nos. 35, 41.) |

      Now pending before the Court is a dispute between Plaintiff and Defendants regarding entry of a protective order. (Dkt. No. 41.) Defendants seek entry of the Northern District of California form protective order. While Plaintiff opposes entry of any protective order, as a compromise Plaintiff is willing to agree to a protective order which allows Plaintiff, following the termination of the litigation, to retain any documents designated by Defendants as confidential that pertain to Plaintiff. After carefully considering the parties' positions, and having had the benefit of oral argument on May 31, 2012, the Court finds that entry of the Court's form protective order is appropriate.

      First, the Court finds that Defendants are likely to produce some confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation may be warranted.

Second, as no documents have as of yet been produced in this action, the Court cannot determine whether (1) any documents which Plaintiff may seek to retain are confidential, and (2) if so, whether Plaintiff should be allowed to retain the documents. In other words, Plaintiff's request is premature. Before Plaintiff becomes obligated to destroy or return any documents she can move to modify the protective order and then the Court can consider her request in context.

The Court will, however, modify the form protective order to require that upon termination of the case, the obligation of the receiving party to return or destroy material designated as confidential is triggered upon written notice from the designating party.

This Order terminates Docket Nos. 35, 41.

**IT IS SO ORDERED.**

Dated: May 31, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE