IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE B. PURVIS,<br><br>   Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLULTIONS,LLC, et al.,<br><br>   Defendants. | Case No. CV-11-06352 RS (JSC)<br><br>**ORDER DIRECTING PARTIES TO MEET AND CONFER REGARDING MOTION TO COMPEL (Dkt. No. 48)** |

Defendant Trans Union LLC has filed a Motion to Compel (Dkt. No. 48). Although all discovery in this matter was previously referred to the undersigned, Defendant noticed this motion before District Court Judge Seeborg. Further, the Court has reviewed the motion and it appears that the parties did not adequately meet and confer prior to filing the motion. See Civil L.R. 1-5(n) ("mere sending of a written, electronic, or voice-mail communication…does not satisfy a requirement to 'meet and confer' or to confer.' Rather, this requirement can be satisfied only through direct dialogue and discussion – either in a face to face meeting or in a telephone conversation").

Accordingly, the parties are ordered to meet and confer by telephone or in person on or before Thursday, August 16, 2012. If following this meet and confer any dispute

remains, the parties shall submit a joint letter brief on or before Tuesday, August 21, 2012 in accordance with this Court's Standing Order requiring all discovery disputes to be presented in the form of a joint letter.

**IT IS SO ORDERED.**

Dated: August 9, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE