Angela M. Taylor (State Bar No. 210425)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
angelataylor@jonesday.com

Attorney for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephanie B. Purvis,<br><br>  Plaintiff,<br><br>  vs.<br><br>Experian Information Solutions, Inc.,<br>Equifax Information Services LLC, and<br>Trans Union, LLC,<br><br>  Defendants. | Case No.: C 11-06352 RS<br><br>**STIPULATION TO MODIFY CASE SCHEDULING ORDER;**<br>**[~~PROPOSED~~] ORDER**<br><br>**[CIVIL L.R. 6-1; 6-2; 7-12]** |

Pursuant to Local Rule 6-2, Plaintiff Stephanie Purvis ("Plaintiff") and Defendants Experian Information Solutions, Inc. ("Experian"), Equifax Information Services LLC ("Equifax"), and Trans Union LLC ("Trans Union"), (collectively, "the Parties"), by and through their undersigned attorneys of record, hereby stipulate to modify the Court's April 19, 2012 Scheduling Order in this Matter (Docket No. 33), to extend the discovery cut-off and pretrial deadlines by 45 days.

The current discovery deadlines in this case are as follows:

1. Discovery cutoff date: January 18, 2013,

2. Expert Witness Reports due February 8, 2013,

IRI-45952v1

      3. Rebuttal Expert Witness Reports due March 1, 2013,

      4. Expert witness discovery to be completed by March 22, 2013, and

      5. All pretrial motions shall be heard by April 18, 2013.

The parties are requesting a 45 day extension, which would make the new deadlines as follows:

      1. Discovery cutoff date: March 4, 2013,

      2. Expert Witness Reports due March 25, 2013,

      3. Rebuttal Expert Witness Reports due April 15, 2013,

      4. Expert witness discovery to be completed by May 6, 2013, and

      5. All pretrial motions shall be heard by May 30, 2013.

The Parties are currently engaged in written discovery and are scheduling depositions. Experian's 30(b)(6) witness is currently out on medical leave, after undergoing back surgery in December 2012. Although it was originally anticipated that Experian's witness would be returning to work in early January 2013, it now appears that Experian's witness will not be returning to work until late January 2013. A 45 day extension of the discovery and pretrial deadlines will give the parties additional time to schedule and conduct Experian's 30(b)(6) deposition.

The Parties have not previously requested any time modifications from the Court. The Parties are not seeking to reschedule the further Case Management Conference currently scheduled for January 31, 2013 at 10:00 am.

As such, the Parties respectfully request a 45 day extension the of discovery and pretrial deadlines as indicated above.

IT IS SO STIPULATED.

Dated: December 27, 2012　　　　JONES DAY

By: */s/ Angela M. Taylor*
　　Angela M. Taylor

Attorney for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: December 27, 2012　　　　ANDERSON, OGILVIE & BREWER LLP

By: */s/ Mark F. Anderson*
　　Mark F. Anderson

Attorney for Plaintiff
Stephanie Purvis

Dated: December 27, 2012　　　　KING & SPALDING LLP

By: */s/ Lewis P. Perling*
　　Lewis P. Perling

Attorney for Defendant
Equifax Information Services LLC

Dated: December 27, 2012　　　　SCHUCKIT & ASSOCIATES, P.C.

By: */s/ Robert J. Schuckit*
　　Robert J. Schuckit

Attorney for Defendant
Trans Union LLC

IRI-45952v1

- 3 -

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED

Dated: December 27, 2012              IT IS SO ORDERED

                                      _____
                                      HON. RICHARD SEEBORG
                                      UNITED STATES DISTRICT JUDGE

IRI-45952v1

- 4 -