1 | Angela M. Taylor (State Bar No. 210425)
  | JONES DAY
2 | 3161 Michelson Drive, Suite 800
  | Irvine, CA  92612
3 | Telephone:     (949) 851-3939
  | Facsimile:      (949) 553-7539
4 | angelataylor@jonesday.com

5 | Attorney for Defendant
  | EXPERIAN INFORMATION SOLUTIONS,
6 | INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| Stephanie B. Purvis, | ) | Case No.: C 11-06352 RS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION TO MODIFY CASE** |
| vs. | ) | **SCHEDULING ORDER;** |
| | ) | **[PROPOSED] ORDER** |
| Experian Information Solutions, Inc., | ) | |
| Equifax Information Services LLC, and | ) | **[CIVIL L.R. 6-1; 6-2; 7-12]** |
| Trans Union, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Pursuant to Local Rule 6-2, Plaintiff Stephanie Purvis ("Plaintiff") and Defendants Experian Information Solutions, Inc. ("Experian"), Equifax Information Services LLC ("Equifax"), and Trans Union LLC ("Trans Union"), (collectively, "the Parties"), by and through their undersigned attorneys of record, hereby stipulate to modify the Court's April 19, 2012 Scheduling Order in this Matter (Docket No. 33), to extend the discovery cut-off and pretrial deadlines by 45 days.

The current discovery deadlines in this case are as follows:

    1.  Discovery cutoff date: January 18, 2013,

    2.  Expert Witness Reports due February 8, 2013,

IRI-45952v1

3. Rebuttal Expert Witness Reports due March 1, 2013,

4. Expert witness discovery to be completed by March 22, 2013, and

5. All pretrial motions shall be heard by April 18, 2013.

The parties are requesting a 45 day extension, which would make the new deadlines as follows:

1. Discovery cutoff date: March 4, 2013,

2. Expert Witness Reports due March 25, 2013,

3. Rebuttal Expert Witness Reports due April 15, 2013,

4. Expert witness discovery to be completed by May 6, 2013, and

5. All pretrial motions shall be heard by May 30, 2013.

The Parties are currently engaged in written discovery and are scheduling depositions. Experian's 30(b)(6) witness is currently out on medical leave, after undergoing back surgery in December 2012. Although it was originally anticipated that Experian's witness would be returning to work in early January 2013, it now appears that Experian's witness will not be returning to work until late January 2013. A 45 day extension of the discovery and pretrial deadlines will give the parties additional time to schedule and conduct Experian's 30(b)(6) deposition.

The Parties have not previously requested any time modifications from the Court. The Parties are not seeking to reschedule the further Case Management Conference currently scheduled for January 31, 2013 at 10:00 am.

As such, the Parties respectfully request a 45 day extension the of discovery and pretrial deadlines as indicated above.

IT IS SO STIPULATED.

IRI-45952v1

- 2 -

| | | |
|---|---|---|
| 1 | Dated: December 27, 2012 | JONES DAY |
| 2 | | |
| 3 | | By: */s/ Angela M. Taylor* |
| 4 | | Angela M. Taylor |
| 5 | | Attorney for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |
| 6 | | |
| 7 | Dated: December 27, 2012 | ANDERSON, OGILVIE & BREWER LLP |
| 8 | | |
| 9 | | By: */s/ Mark F. Anderson* |
| 10 | | Mark F. Anderson |
| 11 | | Attorney for Plaintiff<br>Stephanie Purvis |
| 12 | | |
| 13 | Dated: December 27, 2012 | KING & SPALDING LLP |
| 14 | | |
| 15 | | By: */s/ Lewis P. Perling*<br>Lewis P. Perling |
| 16 | | Attorney for Defendant<br>Equifax Information Services LLC |
| 17 | | |
| 18 | | |
| 19 | Dated: December 27, 2012 | SCHUCKIT & ASSOCIATES, P.C. |
| 20 | | |
| 21 | | By: */s/ Robert J. Schuckit*<br>Robert J. Schuckit |
| 22 | | Attorney for Defendant<br>Trans Union LLC |
| 23 | | |

IRI-45952v1

- 3 -

1  **ORDER**

2  PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO

3  ORDERED

4

5  Dated: December 27, 2012                    IT IS SO ORDERED

6

7                                              _____
                                               HON. RICHARD SEEBORG
8                                              UNITED STATES DISTRICT JUDGE