Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Ste 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Robert S. Sola
(Admitted *Pro Hac Vice*)
ROBERT S. SOLA, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone: (503) 295-6880
Fax: (503) 291-9172
Email: rssola@msn.com

Attorneys for Plaintiff Stephanie B. Purvis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE B. PURVIS,        ) | Case No. C-11-06352 WHO |
|       Plaintiff,      ) | |
|       v.          ) | STIPULATION AND ORDER EXTENDING THE DISCOVERY CUT-OFF |
|           ) | |
| TRANS UNION LLC;      ) | |
| EQUIFAX INFORMATION SERVICES LLC; and ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC. ) | |
|           ) | |
|       Defendants.      ) | |

Whereas, on February 8, 2013, the Court entered a Case Management Scheduling Order that provides that all non-expert discovery was to be completed by December 20, 2013;

Whereas, the Order also provides that the parties were to make their initial expert disclosures by January 14, 2014 and their supplemental and rebuttal expert disclosures by February 3, 2014;

**STIP AND ORDER RE DISCOVERY – PURVIS V EXPERIAN INFO SOLUTIONS, NO. C 11-06352 WHO**

1    Whereas, the Order provides that all discovery of expert witnesses was to be completed

2    by February 24, 2014;

3    Whereas, the Plaintiff and Trans Union have reached a resolution of this action and are

4    finalizing the settlement agreement;

5    Whereas, Plaintiff is actively discussing settlement of this action with Equifax and

6    Experian;

7    Whereas, the parties need more time to pursue settlement of this action without incurring

8    the time and expense of completing discovery;

9    IT IS HEREBY STIPULATED that the deadline for completion of non-expert discovery

10   shall be continued to January 31, 2014; that the deadline for disclosure of experts shall be

11   continued to February 17, 2014; that the deadline for disclosure of supplemental and rebuttal

12   experts shall be continued to March 3, 2014; and the deadline for completion of expert

13   discovery shall be continued to April 4, 2014.

14

15   Date: November 20, 2013                    /s/ Mark F. Anderson
                                                Mark F. Anderson, SBN 44787
16                                              Anderson, Ogilvie & Brewer LLP
                                                235 Montgomery Street
17                                              San Francisco, CA 94104
                                                Ste 914
18                                              Phone: 415.651.1951
                                                Fax: 415.500.8300
19                                              mark@aoblawyers.com

20                                              Robert S. Sola, admitted *Pro Hac Vice*
                                                ROBERT S. SOLA, P.C.
21                                              8835 S.W. Canyon Lane, Suite 130
                                                Portland, Oregon 97225
22                                              Telephone: (503) 295-6880
                                                Fax: (503) 291-9172
23                                              Email: rssola@msn.com

24                                              Counsel for Plaintiff Stephanie B. Purvis

25

26   Date: November 20, 2013                    */s/ Robert J.Schuckit*
                                                Robert J. Schuckit, admitted *Pro Hac Vice*
27                                              Schuckit & Associates, P.C.
                                                4545 Northwestern Drive
28                                              Zionsville, IN  46077

**STIP AND ORDER RE DISCOVERY – PURVIS V EXPERIAN INFO SOLUTIONS, NO. C 11-06352 WHO**

Phone: 317.363.2400
Fax: 317.363.2257
rschuckit@schuckitlaw.com

Monica Katz-Lapides (SBN 257231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Phone: 510.525.5100
Fax: 510.525.5130
Email: mkl@tateandassociates-law.com

Counsel for Defendant Trans Union, LLC

Date: November 20, 2013

*/s/ Thomas P. Quinn (SBN 132268)*
Thomas P. Quinn
NOKES & QUINN
410 Broadway, Suite 210
Laguna Beach, CA 92651
Phone: 949.376.3500
Fax: 949.376.3070
Email: tquinn@nokesquinn.com

Lewis P. Perling, admitted *Pro Hac Vice*
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
Phone: 404.215.5908
Fax: 404.572.5100
Email: lperling@kslaw.com

Counsel for Equifax Information Services LLC

Date: November 20, 2013

*/s/ Angela M. Taylor*
Angela M. Taylor (SBN 210425)
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612-4408
Phone: 949.553-7560
Fax: 949.553-7539
ataylor@jonesday.com

Counsel for Experian Information Solutions, Inc.

**STIP AND ORDER RE DISCOVERY – PURVIS V EXPERIAN INFO SOLUTIONS, NO. C 11-06352 WHO**

## ORDER

Based upon the stipulation of the parties and for good cause shown, the deadline for completion of non-expert discovery shall be continued to January 31, 2014; the deadline for disclosure of experts shall be continued to February 17, 2014; the deadline for disclosure of supplemental and rebuttal experts shall be continued to March 3, 2014; and the deadline for completion of expert discovery shall be continued to March 28, 2014.

Date: November 20, 2013.



Judge of the U.S. District Court

**STIP AND ORDER RE DISCOVERY – PURVIS V EXPERIAN INFO SOLUTIONS, NO. C 11-06352 WHO**