Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Ste 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Robert S. Sola
(Admitted *Pro Hac Vice*)
ROBERT S. SOLA, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone: (503) 295-6880
Fax: (503) 291-9172
Email: rssola@msn.com

Attorneys for Plaintiff Stephanie B. Purvis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE B. PURVIS,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC;<br>EQUIFAX INFORMATION SERVICES LLC; and<br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendants. | Case No. C-11-06352 WHO<br><br>STIPULATION AND ORDER EXTENDING THE DISCOVERY CUT-OFF |

Whereas, on February 8, 2013, the Court entered a Case Management Scheduling Order that provides that all non-expert discovery was to be completed by December 20, 2013;

Whereas, the Order also provides that the parties were to make their initial expert disclosures by January 14, 2014 and their supplemental and rebuttal expert disclosures by February 3, 2014;

**STIP AND ORDER RE DISCOVERY – PURVIS V EXPERIAN INFO SOLUTIONS, NO. C 11-06352 WHO**

1   Whereas, the Order provides that all discovery of expert witnesses was to be completed
2 by February 24, 2014;
3   Whereas, the Plaintiff and Trans Union have reached a resolution of this action and are
4 finalizing the settlement agreement;
5   Whereas, Plaintiff is actively discussing settlement of this action with Equifax and
6 Experian;
7   Whereas, the parties need more time to pursue settlement of this action without incurring
8 the time and expense of completing discovery;
9   IT IS HEREBY STIPULATED that the deadline for completion of non-expert discovery
10 shall be continued to January 31, 2014; that the deadline for disclosure of experts shall be
11 continued to February 17, 2014; that the deadline for disclosure of supplemental and rebuttal
12 experts shall be continued to March 3, 2014; and the deadline for completion of expert
13 discovery shall be continued to April 4, 2014.

Date: November 20, 2013

/s/ Mark F. Anderson
Mark F. Anderson, SBN 44787
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street
San Francisco, CA 94104
Ste 914
Phone: 415.651.1951
Fax: 415.500.8300
mark@aoblawyers.com

Robert S. Sola, admitted *Pro Hac Vice*
ROBERT S. SOLA, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone: (503) 295-6880
Fax: (503) 291-9172
Email: rssola@msn.com

Counsel for Plaintiff Stephanie B. Purvis

Date: November 20, 2013

*/s/ Robert J.Schuckit*
Robert J. Schuckit, admitted *Pro Hac Vice*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077

**STIP AND ORDER RE DISCOVERY – PURVIS V EXPERIAN INFO SOLUTIONS, NO. C 11-06352 WHO**

| | |
|---|---|
| 1 | Phone: 317.363.2400 |
| | Fax: 317.363.2257 |
| 2 | rschuckit@schuckitlaw.com |

Monica Katz-Lapides (SBN 257231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Phone: 510.525.5100
Fax: 510.525.5130
Email: mkl@tateandassociates-law.com

Counsel for Defendant Trans Union, LLC

Date: November 20, 2013                     */s/ Thomas P. Quinn (SBN 132268)*
Thomas P. Quinn
NOKES & QUINN
410 Broadway, Suite 210
Laguna Beach, CA 92651
Phone: 949.376.3500
Fax: 949.376.3070
Email: tquinn@nokesquinn.com

Lewis P. Perling, admitted *Pro Hac Vice*
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
Phone: 404.215.5908
Fax: 404.572.5100
Email: lperling@kslaw.com

Counsel for Equifax Information Services LLC

Date: November 20, 2013                     */s/ Angela M. Taylor*
Angela M. Taylor (SBN 210425)
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612-4408
Phone: 949.553-7560
Fax: 949.553-7539
ataylor@jonesday.com

Counsel for Experian Information Solutions, Inc.

**STIP AND ORDER RE DISCOVERY – PURVIS V EXPERIAN INFO SOLUTIONS, NO. C 11-06352 WHO**

**ORDER**

Based upon the stipulation of the parties and for good cause shown, the deadline for completion of non-expert discovery shall be continued to January 31, 2014; the deadline for disclosure of experts shall be continued to February 17, 2014; the deadline for disclosure of supplemental and rebuttal experts shall be continued to March 3, 2014; and the deadline for completion of expert discovery shall be continued to March 28, 2014.

Date: November 20, 2013.



Judge of the U.S. District Court

**STIP AND ORDER RE DISCOVERY – PURVIS V EXPERIAN INFO SOLUTIONS, NO. C 11-06352 WHO**